Carter, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA INC,; BALENCIAGA S.A.; BALENCIAGA AMERICA, INC.; BOTTEGA VENETA S.A.; BOTTEGA VENETA INC.; YVES SAINT LAURENT AMERICA, INC.; LUXURY GOODS INTERNATIONAL (L.G.I.) S.A.; and KERING S.A., <br><br> Plaintiffs, <br><br> -against- <br><br> ALIBABA GROUP HOLDING LTD.; ALIBABA.COM HONG KONG LTD.; ALIBABA.COM LTD.; ALIBABA.COM INVESTMENT HOLDING LTD.; ALIBABA.COM INVESTMENT LTD.; ALIBABA (CHINA) TECHNOLOGY CO., LTD.; ALIBABA.COM, INC.; TAOBAO HOLDING LTD.; TAOBAO CHINA HOLDING LTD.; TAOBAO (CHINA) SOFTWARE CO., LTD.; AND ALIPAY.COM CO., LTD.;. <br><br> Defendants. | Case No.: 15-CV-03784 (ALC) <br><br>  USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 6-5-15 |

## STIPULATION

WHEREAS, on May 18, 2015, Gucci America Inc., Balenciaga S.A., Balenciaga America, Inc., Bottega Veneta S.A.; Bottega Veneta Inc., Yves Saint Laurent America, Inc., Luxury Goods International (L.G.I.) S.A.; and Kering S.A ("Plaintiffs") served a complaint on Alibaba Group Holding Ltd., Alibaba.com Hong Kong Ltd., Alibaba.com Ltd., Alibaba.com Investment Holding Ltd., Alibaba.com Investment Ltd., Alibaba (China) Technology Co., Ltd., Alibaba.com, Inc., Taobao Holding Ltd., Taobao China Holding Ltd., Taobao (China) Software Co., Ltd., and Alipay.com Co., Ltd. ("Defendants");

WHEREAS, Defendants do not object to service of process but reserve all other defenses;

WHEREAS, Defendants must answer or otherwise respond to Plaintiffs' complaint on or before June 8, 2015;

WHEREAS, Defendants seeks an extension of sixty (60) days to answer or otherwise respond to Plaintiffs' 141-page complaint;

WHEREAS, Defendants have not previously sought an extension of time to answer or otherwise respond to Plaintiffs' complaint;

WHEREAS, Plaintiffs consent to the extension sought by Defendants.

NOW, THEREFORE, the parties hereto, by and through their counsel of record, subject to Court approval, hereby stipulate as follows:

1. Defendants shall have an extension of time of sixty (60) days to and including August 7, 2015, in which to answer or otherwise respond to Plaintiffs' complaint.

2. If Defendants file a motion to dismiss in response to the Complaint, Plaintiffs will have until October 7, 2015 to respond to any such motion, and Defendants will have until November 11, 2015 to file and serve any reply.

IT IS SO STIPULATED.

Dated: June 2, 2015

Robert L. Weigel
Howard S. Hogan
Alison L. Wollin
Anne M. Coyle
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000
*Counsel for Plaintiffs*

Dated: 6/2/15

R. Bruce Rich
Jonathan Bloom
Jared R. Friedmann
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants*

SO ORDERED:

6-5-15

Hon. Andrew L. Carter, Jr.
United States District Judge