UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GUCCI AMERICA, INC.; BALENCIAGA S.A.;
BALENCIAGA AMERICA, INC.; BOTTEGA
VENETA S.A.; BOTTEGA VENETA INC.; YVES
SAINT LAURENT AMERICA, INC.; LUXURY
GOODS INTERNATIONAL (L.G.I.) S.A.; and
KERING S.A.,

        Plaintiffs,

    -against-                                      15-CV-03784 (ALC)

ALIBABA GROUP HOLDING LTD.;               **AFFIDAVIT OF SERVICE**
ALIBABA.COM HONG KONG LTD.;
ALIBABA.COM LTD.; ALIBABA.COM
INVESTMENT HOLDING LTD.; ALIBABA.COM
INVESTMENT LTD.; ALIBABA (CHINA)
TECHNOLOGY CO., LTD.; ALIBABA.COM, INC.;
TAOBAO HOLDING LTD.; TAOBAO CHINA
HOLDING LTD.; TAOBAO (CHINA) SOFTWARE
CO., LTD.; AND ALIPAY.COM CO., LTD.

        Defendants.
-----------------------------------------------------------------x

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

    DAMOU KOUYATE, being duly sworn, deposes and says:

    1.    I am over eighteen years of age, and am not a party to this action.

    2.    On Monday, May 18th, 2015, I served true copies of the Summons, Complaint, Rule 7.1 Statement, Civil Cover Sheet and Related Case Statement, in the above captioned action, upon the following counsel for Defendants Alibaba Group Holding Ltd., Alibaba.Com Hong Kong Ltd., Alibaba.Com Ltd., Alibaba.com Investment Holding Ltd., Taobao Holding Ltd., Taobao China Holding Ltd., Taobao (China) Software Co., Ltd., Alipay.com Co., Ltd.,

Alibaba.Com Investment Ltd., Alibaba (China) Technology Co., Ltd., Alibaba.Com, Inc. (collectively "Alibaba Defendants"), by hand delivery and as agreed to by counsel:

> R. Bruce Rich
> WEIL, GOTSHAL & MANGES LLP
> 767 Fifth Avenue
> New York, New York 10153

by delivering and leaving same at the above address.

*Damou Kouyate*
DAMOU ~~KOUYOUYATE~~ Kouyate

Sworn to before me this
2nd day of June, 2015

_____
Notary Public

ANGEL ARIAS
Notary Public, State of New York
No. 01AR5040048
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 6, 2019

2