# Exhibit A

| DEFENDANTS | METHOD OF SERVICE | DATE OF SERVICE |
|---|---|---|
| Brand Bag Boutique | *Service pursuant to this Court's order authorizing alternative service via email of PDF copies of the complaint to the following address provided by the Alibaba Defendants:*<br><br>huidingemma@gmail.com | September 3, 2015 |
| | *Service pursuant to this Court's order authorizing alternative service by delivery of a message and link to a secure website for download of the complaint via the Merchant Defendant's AliExpress chat ID, accessed through the Plaintiffs' chat history with the Merchant Defendant through its online storefront, which has been suspended since service of the First Amended Complaint.* | September 4, 2015 |
| | *Service pursuant to this Court's order authorizing alternative service via email of a message and link to a secure website for download of the complaint to the following address provided by the Alibaba Defendants:*<br><br>huidingemma@gmail.com | September 4, 2015 |
| Burberritti Fashion Plaid Bag | *Service pursuant to this Court's order authorizing alternative service via email of PDF copies of the complaint to the following address provided by the Alibaba Defendants:*<br><br>Szy20188@126.com | September 3, 2015 |
| | *Service pursuant to this Court's order authorizing alternative service by delivery of a message and link to a secure website for download of the complaint via the Merchant Defendant's online storefront, which was operating under a different name but identified* | September 4, 2015 |

1

| | | |
|---|---|---|
| | *by the Merchant Defendant's AliExpress seller ID:*<br><br>http://www.aliexpress.com/store/1499645 | |
| | *Service pursuant to this Court's order authorizing alternative service via email of a link to a secure website for download of the complaint to the following address provided by the Alibaba Defendants:*<br><br>Szy20188@126.com | September 4, 2015 |
| Guangzhou Feiteng Junye Gifts Manufacturing Co., Ltd. | *Service pursuant to this Court's order authorizing alternative service via email of PDF copies of the complaint to the following address provided by the Alibaba Defendants:*<br><br>armand@cxjrfid.com | September 3, 2015 |
| | *Service pursuant to this Court's order authorizing alternative service by delivery of a message and link to a secure website for download of the complaint via the Merchant Defendant's current online storefront, which was identified by comparing publicly-available contact information and company profiles for the web addresses previously used by the Merchant Defendant with that listed on the current online storefront:*<br><br>http://feitenggoldencard.en.alibaba.com/ | September 4, 2015 |
| | *Service pursuant to this Court's order authorizing alternative service via email of a link to a secure website for download of the complaint to the following address provided on the Merchant Defendant's online storefront:*<br><br>july@cxjrfid.com | September 4, 2015 |
| Luxury2000 | *Service pursuant to this Court's order authorizing alternative service via email of PDF copies of the complaint to the following* | September 3, 2015 |

2

| | | |
|---|---|---|
| | *address provided by the Alibaba Defendants:*<br><br>1151092211@qq.com | |
| | *Service pursuant to this Court's order authorizing alternative service by delivery of a message and link to a secure website for download of the complaint via the Merchant Defendant's current online storefront, which was operating under a new name but identified by the Merchant Defendant's AliExpress seller ID:*<br><br>http://www.aliexpress.com/store/1801854 | September 4, 2015 |
| | *Service pursuant to this Court's order authorizing alternative service via email of a link to a secure website for download of the complaint to the following address provided by the Alibaba Defendants:*<br><br>1151092211@qq.com | September 4, 2015 |
| Shenzhen Lin Jun Leather Co., Ltd. | *Service pursuant to this Court's order authorizing alternative service via email of PDF copies of the complaint to the following address provided by the Alibaba Defendants:*<br><br>marketing@chinaljtrade.com | September 3, 2015 |
| | *Service pursuant to this Court's order authorizing alternative service by delivery of a message and link to a secure website for download of the complaint via the Merchant Defendant's online storefront:*<br><br>http://www.chinaljtrade.com/eindex.asp | September 4, 2015 |
| | *Service pursuant to this Court's order authorizing alternative service via email of a link to a secure website for download of the complaint to the following address provided by the Alibaba Defendants:* | September 4, 2015 |

3

|  | marketing@chinaljtrade.com |  |
|---|---|---|
| Sunny Home Store | *Service pursuant to this Court's order authorizing alternative service via email of PDF copies of the complaint to the following address provided by the Alibaba Defendants:*<br><br>zhuyingmin0816@126.com | September 3, 2015 |
|  | *Service pursuant to this Court's order authorizing alternative service by delivery of a message and link to a secure website for download of the complaint via the Merchant Defendant's online storefront:*<br><br>http://www.aliexpress.com/store/1081409 | September 4, 2015 |
|  | *Service pursuant to this Court's order authorizing alternative service via email of a link to a secure website for download of the complaint to the following address provided by the Alibaba Defendants:*<br><br>zhuyingmin0816@126.com | September 4, 2015 |
| Yiwu Wirbest E-Commercial Firm | *Service pursuant to this Court's order authorizing alternative service via email of PDF copies of the complaint to the following address provided by the Alibaba Defendants:*<br><br>sales@wirbest.com | September 3, 2015 |
|  | *Service pursuant to this Court's order authorizing alternative service via email of a link to a secure website for download of the complaint to the following addresses provided on the Merchant Defendant's current online storefront, which was identified by comparison with the contact information provided on the Merchant Defendant's previous online storefront:*<br><br>wirbest@gmail.com | September 4, 2015 |

4

| | | |
|---|---|---|
| | wirbest@wirbest.com | |
| Yun Mi's Store | *Service pursuant to this Court's order authorizing alternative service via email of PDF copies of the complaint to the following address provided by the Alibaba Defendants:*<br><br>707081574@qq.com | September 3, 2015 |
| | *Service pursuant to this Court's order authorizing alternative service by delivery of a message and link to a secure website for download of the complaint via the Merchant Defendant's AliExpress chat ID, accessed through the Plaintiffs' chat history with the Merchant Defendant.* | September 4, 2015 |
| | *Service pursuant to this Court's order authorizing alternative service via email of a link to a secure website for download of the complaint to the following address provided by the Alibaba Defendants:*<br><br>707081574@qq.com | September 4, 2015 |
| Kou Kou Dai (Buckle the Pocket)<br><br>扣口袋 | *Service pursuant to this Court's order authorizing alternative service via email of PDF copies of the complaint to the following address provided by the Alibaba Defendants:*<br><br>724142318@qq.com | September 3, 2015 |
| | *Service pursuant to this Court's order authorizing alternative service by delivery of a message and link to a secure website for download of the complaint via the Merchant Defendant's Taobao chat ID, accessed through the Plaintiffs' chat history with the Merchant Defendant.* | September 4, 2015 |
| Amy Luxury Goods | *Service pursuant to this Court's order authorizing alternative service via email of PDF copies of the complaint to the following* | September 3, 2015 |

5

| | | |
|---|---|---|
| 艾米奢品 | *address provided by the Alibaba Defendants:*<br><br>2930299601@qq.com | |
| | *Service pursuant to this Court's order authorizing alternative service by delivery of a message and link to a secure website for download of the complaint via the Merchant Defendant's Taobao chat ID, accessed through the Plaintiffs' chat history with the Merchant Defendant.* | September 4, 2015 |
| Europe and E News<br><br>欧美E讯 | *Service pursuant to this Court's order authorizing alternative service via email of PDF copies of the complaint to the following address provided by the Alibaba Defendants:*<br><br>1350452815@qq.com | September 3, 2015 |
| | *Service pursuant to this Court's order authorizing alternative service by delivery of a message and link to a secure website for download of the complaint via the Merchant Defendant's Taobao chat ID, accessed through the Plaintiffs' chat history with the Merchant Defendant.* | September 4, 2015 |
| Picasso Trend<br><br>毕加索潮流 | *Service pursuant to this Court's order authorizing alternative service by delivery of a message and link to a secure website for download of the complaint via the Merchant Defendant's Taobao chat ID, accessed through the Plaintiffs' chat history with the Merchant Defendant.* | September 4, 2015 |
| Lehui Textile Behalf<br><br>乐惠家纺代发 | *Service pursuant to this Court's order authorizing alternative service via email of PDF copies of the complaint to the following address provided by the Alibaba Defendants:*<br><br>a366146366@163.com | September 3, 2015 |
| | *Service pursuant to this Court's order* | September 4, 2015 |

6

|  | *authorizing alternative service by delivery of a message and link to a secure website for download of the complaint via the Merchant Defendant's Taobao chat ID, accessed through the Plaintiffs' chat history with the Merchant Defendant through its online account.* |  |
|---|---|---|
| Yao Ming and Tracey<br><br>姚麦国际皮具 | *Service pursuant to this Court's order authorizing alternative service by delivery of a message and link to a secure website for download of the complaint via the Merchant Defendant's Taobao chat ID, accessed through the Plaintiffs' chat history with the Merchant Defendant.* | September 4, 2015 |