USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GUCCI AMERICA, INC., et al.,

                Plaintiffs,

    -against-

ALIBABA GROUP HOLDING LTD., et al.,

                Defendants.
-----------------------------------------------------------x

15-cv-3784 (PKC)

ORDER

CASTEL, U.S.D.J.

        Plaintiffs wish to withdraw from mediation because of a quote attributed to the CEO of Alibaba in a magazine article.

        It is fortunate that the parties' representatives—both sides--have not served in high level diplomatic positions in key moments in history or many successful resolutions of disputed matters, including shooting wars, would never have been achieved. Needless public comments can undermine talks. Yet public positions and positions in confidential talks have been known to vary.

        The Court strongly recommends that the parties proceed to mediation. From silence, I take it that Alibaba still wishes to proceed with mediation; if this is not the case, it should promptly advise the undersigned. If plaintiffs wish to withdraw, it is their unilateral act for which they alone are responsible.

        SO ORDERED.

                                          P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
         November 9, 2015