# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**R. Bruce Rich**
+1 (212) 310-8170
bruce.rich@weil.com

BY ECF

November 10, 2015

Hon. P. Kevin Castel
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12C
New York, NY  10007

Re:     *Gucci America, Inc., et. al v. Alibaba Group Holding, Ltd., et. al*, 1:15-cv-03784
        (PKC)

Dear Judge Castel:

I write on behalf of the Alibaba defendants ("Alibaba") in connection with the Stipulation and Notice of Voluntary Dismissal Without Prejudice Against Certain Defendants, which Your Honor "so ordered" today in the above-captioned action (Dkt. 47).  Alibaba hereby advises the Court that, in light of the Stipulation, it no longer intends to file a Rule 12(b)(2) motion as to the remaining three Alibaba entities identified in our pre-motion letter on November 13, 2015, as contemplated in Your Honor's October 23, 2015 scheduling order (Dkt. 40).

Respectfully submitted,

/s/   R. Bruce Rich

cc:  Robert L. Weigel, Esq.