UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
GUCCI AMERICA, INC.; BALENCIAGA S.A.; :
BALENCIAGA AMERICA, INC.; BOTTEGA :
VENETA S.A.; BOTTEGA VENETA INC.; YVES : 2015 Civ. 03784 (PKC)
SAINT LAURENT AMERICA, INC.; LUXURY :
GOODS INTERNATIONAL (L.G.I.) S.A.; and :
KERING S.A., :
:
        Plaintiffs, :
:
   -against- :
:
ALIBABA GROUP HOLDING LTD.; :
ALIBABA.COM HONG KONG LTD.; :
ALIBABA.COM LTD.; ALIBABA.COM :
INVESTMENT HOLDING LTD.; ALIBABA.COM :
INVESTMENT LTD.; ALIBABA (CHINA) :
TECHNOLOGY CO., LTD.; ALIBABA.COM, INC.; :
TAOBAO HOLDING LTD.; TAOBAO CHINA :
HOLDING LTD.; TAOBAO (CHINA) SOFTWARE :
CO., LTD.; ALIPAY.COM CO., LTD.; BRAND :
BAG BOUTIQUE; YUN MI'S STORE; KOU KOU :
DAI (BUCKLE THE POCKET); EUROPE AND E :
NEWS; PICASSO TREND; LEHUI TEXTILE :
BEHALF; GUANGZHOU FEITENG JUNYE GIFTS :
MANUFACTURING CO., LTD.; SHENZHEN LIN :
JUN LEATHER CO., LTD.; YIWU WIRBEST E- :
COMMERCIAL FIRM; LUXURY2000; :
BURBERRITTI FASHION PLAID BAG; AMY :
LUXURY GOODS; SUNNY HOME STORE; YAO :
MING AND TRACEY; AND JOHN DOES. :
:
        Defendants. :
:
:
------------------------------------------------------------------x

## **CLERK'S CERTIFICATE**

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District

of New York, do hereby certify that this action was commenced on May 15, 2015, with the filing

of the summons and complaint (ECF 1), which on July 21, 2015, was amended (ECF 16) and a

copy of the summons and Amended Complaint was served on defendants Amy Luxury Goods, Brand Bag Boutique, Burberritti Fashion Plaid Bag, Europe and E News, Guangzhou Feiting Junye Gifts Manufacturing Co., Ltd., Kou Kou Dai (Buckle the Pocket), Lehui Textile Behalf, Luxury2000, Picasso Trend, Shenzhen Lin Jun Leather Co., Ltd., Sunny Home Store, Yao Ming and Tracey, Yiwu Wirbest E-Commercial Firm, and Yun Mi's Store on July 22, 2015 via electronic mail (ECF 18; ECF 27), and a copy of the Second Amended Complaint, filed on September 3, 2015 (ECF 33), was served on defendants Hangzhou Yanbei Trading Co., Ltd., Yiwu Bothwiner Fashion Accessory Co., Ltd., Guangzhou Yongxing Leather Goods Mfg., Dongguan Huawang Leather Co., Ltd., Shen Zhen Aiers Watch Co., Ltd., Shenzhen Meigeer Watch Co., Ltd., Shenzhen Babylon Watch Co., Ltd., VANCS Where Boutique, Celebrity Shoe, Jinlong Luxury City, Gucci Fashion Shop, Ladylidy Shop, Coco Fashion Style, Huiming Leather Mall, Hong Kong Longitude and Latitude International Trading, Fashion Zone Ltd., Star Factory, Brand Bag Boutique, Yun Mi's Store, Kou Kou Dai (Buckle the Pocket), Europe and E News, Picasso Trend, Lehui Textile Behalf, Guangzhou Feiteng Junye Gifts Manufacturing Co., Ltd., Shenzhen Lin Jun Leather Co., Ltd., Yiwu Wirbest E-Commercial Firm, Luxury2000, Burberritti Fashion Plaid Bag, Amy Luxury Goods, Sunny Home Store, and Yao Ming and Tracey (collectively, the "Merchant Defendants") on September 3-4, 2015 by electronic mail and secure FTP (ECF 35; ECF 35-1).

I further certify that the docket entries indicate that the Merchant Defendants have not filed an answer or otherwise appeared in this action. The default of the Merchant Defendants is hereby noted.

Dated: New York, New York
June 17, 2016

_____
**J. MICHAEL MCMAHON**
Clerk of the Court

By:

_____
Deputy Clerk

102136018.2