USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GUCCI AMERICA, INC.; BALENCIAGA S.A.;
BALENCIAGA AMERICA, INC.; BOTTEGA
VENETA S.A.; BOTTEGA VENETA INC.; YVES
SAINT LAURENT AMERICA, INC.; LUXURY
GOODS INTERNATIONAL (L.G.I.) S.A.; and
KERING S.A.,

        Plaintiffs,

  -against-

ALIBABA GROUP HOLDING LTD.;
ALIBABA.COM HONG KONG LTD.;
ALIBABA.COM LTD.; ALIBABA.COM
INVESTMENT HOLDING LTD.; ALIBABA.COM
INVESTMENT LTD.; ALIBABA (CHINA)
TECHNOLOGY CO., LTD.; ALIBABA.COM, INC.;
TAOBAO HOLDING LTD.; TAOBAO CHINA
HOLDING LTD.; TAOBAO (CHINA) SOFTWARE
CO., LTD.; ALIPAY.COM CO., LTD.; BRAND
BAG BOUTIQUE; YUN MI'S STORE; KOU KOU
DAI (BUCKLE THE POCKET); EUROPE AND E
NEWS; PICASSO TREND; LEHUI TEXTILE
BEHALF; GUANGZHOU FEITENG JUNYE GIFTS
MANUFACTURING CO., LTD.; SHENZHEN LIN
JUN LEATHER CO., LTD.; YIWU WIRBEST E-
COMMERCIAL FIRM; LUXURY2000;
BURBERRITTI FASHION PLAID BAG; AMY
LUXURY GOODS; SUNNY HOME STORE; YAO
MING AND TRACEY; AND JOHN DOES.

        Defendants.

------------------------------------------------------------x

2015 Civ. 03784 (PKC)

## CLERK'S CERTIFICATE

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 15, 2015, with the filing of the summons and complaint (ECF 1), which on July 21, 2015, was amended (ECF 16) and a

copy of the summons and Amended Complaint was served on defendants Amy Luxury Goods, Brand Bag Boutique, Burberritti Fashion Plaid Bag, Europe and E News, Guangzhou Feiting Junye Gifts Manufacturing Co., Ltd., Kou Kou Dai (Buckle the Pocket), Lehui Textile Behalf, Luxury2000, Picasso Trend, Shenzhen Lin Jun Leather Co., Ltd., Sunny Home Store, Yao Ming and Tracey, Yiwu Wirbest E-Commercial Firm, and Yun Mi's Store on July 22, 2015 via electronic mail (ECF 18; ECF 27), and a copy of the Second Amended Complaint, filed on September 3, 2015 (ECF 33), was served on defendants Brand Bag Boutique, Yun Mi's Store, Kou Kou Dai (Buckle the Pocket), Europe and E News, Picasso Trend, Lehui Textile Behalf, Guangzhou Feiteng Junye Gifts Manufacturing Co., Ltd., Shenzhen Lin Jun Leather Co., Ltd., Yiwu Wirbest E-Commercial Firm, Luxury2000, Burberritti Fashion Plaid Bag, Amy Luxury Goods, Sunny Home Store, and Yao Ming and Tracey (collectively, the "Merchant Defendants") on September 3-4, 2015 by electronic mail and secure FTP (ECF 35; ECF 35-1) pursuant to the Court's Order of July 23, 2015 (ECF 19).

I further certify that the docket entries indicate that the Merchant Defendants have not filed an answer or otherwise appeared in this action. The default of the Merchant Defendants is hereby noted.

Dated: New York, New York
July 14, 2016

**RUBY J. KRAJICK**
Clerk of the Court

By:

Deputy Clerk